## Case No. 5,224.
GARDNER v. COLUMBIAN INS. CO.

[2 Cranch, C. C. 473.] [1]

Circuit Court, District of Columbia. May Term, 1824.

Mr. Taylor, for defendants,

Mr. Mason, for plaintiff,

THE COURT (nem. con.) was of opinion that the words of the policy did not justify an inference on the part of the defendants that the goods were to be laden on board at Rio Janeiro, and that the salt was covered by this policy, although not laden, nor bulk broken, at Rio.

---

[1] [Reported by Hon. William Cranch, Chief Judge.]

## Case No. 5,225.
GARDNER v. COLUMBIAN INS. CO.

[2 Cranch, C. C. 550.] [1]

Circuit Court, District of Columbia. April Term, 1825.

THE COURT (THRUSTON, Circuit Judge, absent) said the offer to abandon was not too late. They also said that evidence of overvaluation could be given only in support of the allegation of fraud. That overvaluation is not, per se, evidence of fraud, but was a circumstance proper for the consideration of the jury in considering the question of fraud; and that if they should find that the vessel was fraudulently overvalued, the plaintiff could not recover, even the value of the property, for the fraud would invalidate the contract altogether. Verdict for the plaintiff, $3,200.